IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Luis Galego,

      Plaintiff,                        3:10-cv-00758-HDM-VPC

   vs.                                 ORDER

John Scott, *et al.*,

      Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

    Dated this 7th day of December, 2010.


_____
UNITED STATES DISTRICT JUDGE