# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LUIS GALEGO, | ) | 3:10-CV-0758-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 4, 2011 |
| | ) | |
| JOHN SCOTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Defendants' motion to strike (#19) is **GRANTED**. Plaintiff's certificate of service (#17) appears to the court to either be correspondence to an unrelated third party or a request for the court to obtain documents from an unrelated third party. That request is denied, and document #17 is hereby **STRICKEN**.

    **IT IS SO ORDERED.**

                                                        LANCE S. WILSON, CLERK

                                      By:          /s/
                                                     Deputy Clerk