UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LUIS GALEGO, | ) | Case No. 3:10-cv-00758-ECR-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JOHN SCOTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On September 8, 2011, the Magistrate Judge filed a Report and Recommendation (#26) recommending that Defendants' Motion for Summary Judgment (#13), filed on March 30, 2011, be **GRANTED**. In response to our order (#47) requiring the filing of objections to the Report and Recommendation by November 3, 2011, Plaintiff filed two affidavits (#48 & #49). The affidavits do not provide any appropriate basis for the Court not to approve the Report and Recommendation (#26) of the Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Report and Recommendation (#26) is well taken and is **APPROVED** and **ADOPTED**. The evidence presented in support of the Motion for Summary Judgment (#13) indicates that Defendants were not deliberately indifferent to Plaintiff's serious medical needs. Therefore, Defendants' Motion for Summary Judgment (#13) is **GRANTED**.

1   Plaintiff subsequently filed motions (#28, #29, #30, #32, #33, #41, and
2   #46). In light of the Court's ruling on Defendants' Motion for Summary
3   Judgment, these motions are denied as moot.
4   The Clerk of the Court shall enter judgment accordingly.
5   Dated this 22nd day of December 2011.

*Edward C. Reed*
EDWARD C. REED, JR.
United States District Judge