AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

LUIS GALEGO,

     Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER:  3:10-CV-00758-ECR-VPC

JOHN SCOTT, et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [26] is well taken and is **APPROVED** and **ADOPTED**. Therefore, Defendants' Motion for Summary Judgment [13] is **GRANTED**.

December 23, 2011                     **LANCE S. WILSON**
    Date                                                    Clerk

                 /s/   M. Campbell
                Deputy Clerk